## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: Charles R. Anthony | | CHAPTER 7 |
| | Debtor | |
| Ditech Financial LLC | Movant | NO. 17-11290-AMC |
| vs. | | |
| Charles R. Anthony | Debtor | 11 U.S.C. Section 362 |
| Terry P. Dershaw | Trustee | |

## ORDER

AND NOW, this 17th day of April, 2017 at Philadelphia, upon failure of Debtor and the Trustee to file and Answer or otherwise plead, it is:

ORDERED THAT: The Motion for Relief from the Automatic Stay of all proceedings is granted and the Automatic Stay of all proceeding, as provided under Section 362 of the Bankruptcy Abuse Prevention and Consumer Protection Act of 2005 (The Code), 11 U.S.C. Sections 362), is modified with respect to the subject premises located at 206 Andover Ave, Reading, PA 19609 ("Property), so as to allow Movant, its successors or assignees, to proceed with its rights and remedies under the terms of the subject Mortgage and pursue its in rem State Court remedies including, but not limited to, taking the Property to Sheriff's Sale, in addition to potentially pursuing other loss mitigation alternatives including, but not limited to, a loan modification, short sale or deed-in-lieu of foreclosure. Additionally, any purchaser of the Property at Sheriff's Sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the Property.

Ashely M. Chan
United States Bankruptcy Judge

Charles R. Anthony
420 W. 8th Street
Apartment 4
Lansdale, PA 19446

Sean P. Mays,
65 W. Street Road
Suite B102
Warminster, PA 18974

Terry P. Dershaw
P.O. Box 556
Warminster, PA 18974-0556

KML Law Group, P.C.
Suite 5000 - BNY Independence Center
701 Market Street
Philadelphia, PA 19106-1532